In the Matter of JOHN NAVAREZ, Petitioner, v SIBATU KHAHAIFA, Superintendent, Orleans Correctional Facility, Respondent. [890 NYS2d 847]—

Present—Scudder, P.J., Fahey, Carni and Gorski, JJ.